UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA        :

                                      :

                                      :          17 Cr. 389 (LGS)

           -against-              :

                                      :            ORDER

DAYQUAN ROBERTSON,          :
                     Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated March 24, 2026, is currently scheduled for **April 21, 2026, at 11:45 a.m**.  It is hereby

**ORDERED** that the Defendant's appointment of counsel and arraignment on the pending specifications is referred to the magistrate judge on duty.  The Government shall promptly schedule a hearing date.  It is further

**ORDERED** the parties shall confer and file a joint status letter on **April 15, 2026,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: March 31, 2026
       New York, New York

                                      LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE